FILED

APR 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08CR 1306 JM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| JORGE HERNANDEZ-BENITEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about ___9/9/07___, within the Southern District of California, defendant JORGE HERNANDEZ-BENITEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that _____, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation osf Title 18, United States Code, Section 1001.

DATED: ___4-19-08___.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER

WMC:jam:San Diego
4/8/08